**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elbert Sanders                                    CHAPTER 13
        Yvonne Sanders
                Debtor(s)                       BKY. NO. 16-10324 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                Respectfully submitted,

                /s/ *Rebecca Solarz*
                Rebecca Solarz
                17 Dec 2020, 16:26:45, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322