Certificate Number: 12433-PAE-DE-026910643

Bankruptcy Case Number: 16-10324



12433-PAE-DE-026910643

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 6, 2016</u>, at <u>7:53</u> o'clock <u>PM EST</u>, <u>Elbert Sanders</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 7, 2016</u>          By:   <u>/s/Laura Gannon</u>

Name:   <u>Laura Gannon</u>

Title:   <u>Teacher</u>