Certificate Number: 12433-PAE-DE-026910642

Bankruptcy Case Number: 16-10324



12433-PAE-DE-026910642

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2016, at 7:53 o'clock PM EST, Yvonne Sanders completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 7, 2016         By:    /s/Laura Gannon

Name:    Laura Gannon

Title:    Teacher