IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                  : Chapter 13

Elbert Sanders and      : Case No. 16-10324-ELF
Yvonne Sanders
   Debtor(s)

## SUGGESTION OF DEATH

TO the Clerk of the Court:

Kindly be advised that debtor's counsel has been informed by Elbert Sanders of the death of his wife, Yvonne Sanders. Accordingly, please mark the docket to reflect the death of Debtor, Yvonne Sanders.

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: 03/16/2021

A copy of this praecipe is being served on the Chapter 13 Trustee.