United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elbert Sanders  
Yvonne Sanders  
    Debtors

Case No. 16-10324-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 16, 2021      Form ID: 138NEW      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elbert Sanders, Yvonne Sanders, 3048 N. Sydenham Street, Philadelphia, PA 19132-2329 |
| cr | + | SunTrust Bank, P O Box 88092, Richmond, VA 23286-0001 |
| 13662048 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13662052 | | Einstein Physicians, PO Box 780003, Philadelphia, PA 19178-0003 |
| 13662054 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13662055 | | Fox Chase Cancer Center, P.O. Box 827200, Philadelphia, PA 19182-7200 |
| 13662056 | | Fox Chase Cancer Center, P.O. Box 824649, Philadelphia, PA 19182-4649 |
| 13662057 | | Grimley Financial Corporation, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 13662062 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14570368 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570465 | + | PNC Bank, National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13662063 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 13662065 | | Publishers Clearing House, PO Box 6344, Harlan, IA 51593-1844 |
| 13667074 | + | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 13662067 | + | Suntrust Bank, Po Box 85052, Richmond, VA 23285-5052 |
| 13662070 | + | Tek-Collect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 13662071 | + | Temple University Hospital, 3401 N. Broad Street, 1st Floor, Philadelphia, PA 19140-5189 |
| 13662072 | | Temple University Physicians, P.O. Box 827783, Philadelphia, PA 19182-7783 |
| 13736019 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13662075 | + | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13662047 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Ashro, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 13673798 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13662049 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:51:24 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13690430 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:33:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13737519 | + | Email/Text: bncmail@w-legal.com | Mar 17 2021 05:20:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13662050 | | Email/Text: documentfiling@lciinc.com | Mar 17 2021 05:19:00 | Comcast Cable, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 13662051 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2021 05:19:00 | Comenity Bank/Ashstwrt, Po Box 182789, Columbus, OH 43218-2789 |
| 13727539 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2021 04:21:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13711866 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2021 05:20:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13662058 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2021 04:48:28 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13662059 | | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13673797 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13675728 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13662060 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 13675199 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 17 2021 05:19:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13733423 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2021 05:19:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13736296 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2021 05:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg OH 45342 |
| 13662064 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2021 05:19:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 13662061 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 17 2021 05:19:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13707185 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2021 05:19:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13675730 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13662066 | | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 13662068 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:20:51 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 13662069 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:20:51 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13675726 | + | Email/Text: bankruptcy@sccompanies.com | Mar 17 2021 05:21:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13662073 | | Email/Text: megan.harper@phila.gov | Mar 17 2021 05:20:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 13662074 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 17 2021 05:21:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 30

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Mar 16, 2021  Form ID: 138NEW  Total Noticed: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13662053 | * | Einstein Physicians, PO Box 780003, Philadelphia, PA 19178-0003 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID NEEREN | on behalf of Creditor PNC Bank National Association dneeren@udren.com, vbarber@udren.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Yvonne Sanders dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Elbert Sanders dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor SunTrust Bank ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Elbert Sanders and Yvonne Sanders

     Debtor(s)

Bankruptcy No: 16−10324−elf

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 3/16/21

50 − 48
Form 138_new